# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Robert G. Grannis ) | Case No. 15-24055 GLT |
| Susan A. Grannis (deceased) ) | Chapter 13 |
| Debtors ) | Docket No. |
| ) | |
| Robert G. Grannis ) | |
| Susan A. Grannis (deceased) ) | |
| Movants ) | |
| ) | |
| No Respondents ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 7, 2015 at docket numbers 20 and 21 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

3-26-19
Date

Robert G. Grannis
Debtor

3-26-19
Date

Deceased, Notice of Death filed on January 4, 2018
Debtor

April 5, 2019
DATE

Respectfully submitted,

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244

**PAWB Local Form 24 (07/13)**

Case 15-24055-GLT    Doc 60    Filed 04/05/19    Entered 04/05/19 11:25:58    Desc Main
Document    Page 2 of 2