FILED
9/23/19 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert G. Grannis | ) | Case No. 15-24055 GLT |
| Susan A. Grannis (deceased) | ) | Chapter 13 |
| Debtors | ) | Docket No. 61 |
| | ) | |
| Susan A. Grannis (deceased) | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| Citibank, Amazon/Synchrony Bank, | ) | |
| American Infosource LP, Bernstein-Burkley | ) | |
| PC, BP/SYNCB, Bank of America, Butler | ) | |
| Memorial Hospital, Capital One NA, | ) | |
| Comenity Capital Bank, Capital One Bank | ) | |
| USA NA, Cavalry SPV I LLC, Chase | ) | |
| Mortgage Citi Cards, Credit One Bank, | ) | |
| Discover, Discover Bank, Duckstein | ) | |
| Contracting, Duquesne Light, eCast | ) | |
| Settlement Corporation, Family Handyman, | ) | |
| Fingerhut, First National Bank of Omaha, | ) | |
| Gordon & Weinberg PC, Goldberg Kamin | ) | |
| & Garvin, Andrew Gornall, HSBC Bank | ) | |
| Nevada, Internal Revenue Service, JCP/ | ) | |
| Synchrony Bank, JP Morgan Chase Bank | ) | |
| NA, Jared Jewelers, Kohl's, Lowe's/ | ) | |
| Synchrony Bank, Merrick Bank, Masseys, | ) | |
| Medicredit, Midland Credit Management | ) | |
| Inc., North Hills Endocrine Associates, | ) | |
| Office of the United States Trustee, Paypal, | ) | |
| Pennsylvania Department of Revenue, | ) | |
| Portfolio Recovery Associates LLC, | ) | |
| Recovery Management Systems Corporation | ) | |
| Synchrony Bank, Sto-Rox Neighborhood | ) | |
| HLT, The Home Depot, UPMC Passavant, | ) | |
| UPMC Physician Services, UPMC Radiology | ) | |
| Valley Ambulance Service, Verizon, | ) | |
| Verizon Fios, Verizon Wireless, Wal-Mart/ | ) | |
| Synchrony Bank, KML Law Group PC, | ) | |
| Ronda J. Winnecour | ) | |
| Movants | ) | |

## ORDER OF COURT

AND NOW, to wit, this \_\_\_\_23rd\_\_\_\_ day of \_\_\_September_____, 2019 it is hereby ORDERED, ADJUDGED, and DECREED, that the wife-debtor, Susan Grannis, is excused from completing the Certificate of Discharge Eligibility.

DATED: 9/23/19

_____J.
GREGORY L. TADDONIO     hct
UNITED STATES BANKRUPTCY COURT

cm: Kenneth Steinberg, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert G. Grannis  
Susan A. Grannis  
       Debtors

Case No. 15-24055-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Sep 23, 2019  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2019.  
db/jdb       +Robert G. Grannis,   Susan A. Grannis,   250 Fourth Street,   Pittsburgh, PA 15225-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2019 at the address(es) listed below:

          Andrew F Gornall     on behalf of Creditor    JPMorgan Chase Bank, National Association  
           andygornall@latouflawfirm.com  
          James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, National Association  
           bkgroup@kmllawgroup.com  
          Kenneth M. Steinberg     on behalf of Joint Debtor Susan A. Grannis  
           julie.steidl@steidl-steinberg.com,  
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
          Kenneth M. Steinberg     on behalf of Debtor Robert G. Grannis  julie.steidl@steidl-steinberg.com,  
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
          Robert J. Garvin     on behalf of Creditor    Duckstein Contracting, Inc. RobertG@gkgattorneys.com, ddavidson@gkgattorneys.com  
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                        TOTAL: 8