**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/10/2019

IN RE:

ROBERT G. GRANNIS
SUSAN A. GRANNIS
250 FOURTH STREET
PITTSBURGH, PA 15225
XXX-XX-8403           Debtor(s)

XXX-XX-8823

Case No.15-24055 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/10/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,684.49<br>COMMENT: AMAZON/SCH*SYNCHRONY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1827 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 3,517.78<br>COMMENT: 0000/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8823 |
| **DUCKSTEIN CONTRACTING**<br>627 CHARTIERS AVE<br>MCKEES ROCKS, PA 15136 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,489.30<br>COMMENT: NO ACCT/SCH-CL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*DK*W/42,43 | | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5995 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 11,785.47<br>COMMENT: $CL-PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8403 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 15,737.94<br>COMMENT: NO ACCT/SCH*CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1077 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 10,404.87<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0397 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 386.10<br>COMMENT: 3034~BP/SCH*SYNCHRONY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3988 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0658 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 724.76<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2372 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 4,294.07<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9946 |
| **CREDIT ONE BANK**<br>POB 98873<br>LAS VEGAS, NV 89193 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9075 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 8,954.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9966 |
| **NORTH SHORE AGENCY**<br>PO BOX 9221<br>OLD BETHPAGE, NY 11804 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~FAMILY HANDYMAN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9006 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4071 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 12,882.65<br>COMMENT: AMERICAN EXPRESS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0446 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 1,946.56<br>COMMENT: NO ACCT/SCH*HSBC*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0620 |
| **JARED**<br>375 GHENT RD<br>AKRON, OH 44333 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7139 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 671.08<br>COMMENT: NO ACCT~JCP/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8739 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 3,160.76<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0078 |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,306.88<br>COMMENT: LOWES/SCH*SYNCHRONY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7140 |
| **MASSEYS**<br>128 W RIVER ST<br>CHIPPEWA FALLS, WI 54729 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4936 |
| **MEDICREDIT CORP**<br>POB 7206<br>COLUMBIA, MO 65205 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9350 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 382.90<br>COMMENT: NO LAST PMT DT*CHG OFF 12/31/2015 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4599 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: N HILLS ENDCRN ASSOC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:19-2<br>CLAIM: 3,506.20<br>COMMENT: PAYPAL*AMD*FR COMENITY CAPITAL BANK-DOC 56 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8691 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 2,869.48<br>COMMENT: SEARS/CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5038 |
| **STO ROX NEIGHBORHOOD HLT**<br>710 THOMPSON AVE<br>MCKEES ROCKS, PA 15136 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0892 |
| **GE CAPITAL/HOME DEPOT++**<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8030 |
| **UPMC PASSAVANT**<br>C/O GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br>GOLDEN VALLEY, MN 55427 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 471.74<br>COMMENT: 2889~STATE COLLECTION/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8403 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **UPMC PASSAVANT HOSPITAL**<br>9100 BABCOCK BLVD<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 31 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br>PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 32 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br>PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 33 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8535 | CLAIM: 0.00<br>COMMENT: |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 34 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5233 | CLAIM: 0.00<br>COMMENT: NT ADR~RADIOLOGY/SCH |
| **VALLEY AMBULANCE AUTHORITY***<br>3550 UNIVERSITY BLVD<br>MOON TWP, PA 15108 | Trustee Claim Number: 35 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **CHASE RECEIVABLES**<br>1247 BROADWAY<br>SONOMA, CA 95476 | Trustee Claim Number: 36 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 0.00<br>COMMENT: VERIZON/SCH |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 37 INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 1,274.84<br>COMMENT: 5705/SCH*NO LAST PMT DT*CHG OFF 12/24/14 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 38 INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 311.98<br>COMMENT: 7590/SCH*NO LAST PMT DT*CHG OFF 9/7/2014 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 39 INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3577 | CLAIM: 892.56<br>COMMENT: WAL MART/SCH*SYNCHRONY |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 40 INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 | CLAIM: 135.87<br>COMMENT: ACCT NT/SCH*NO LAST PMT DT*CHG OFF 8/4/2014 |

| Creditor | Trustee/Court Claim | Cred Desc/Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:41  INT %: 0.00% <br> Court Claim Number:23 <br> CLAIM: 2,348.96 <br> COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8403 |
| **JPMORGAN CHASE BANK NA** <br> 3415 VISION DR <br> MAIL CODE OH4-7142 <br> COLUMBUS, OH 43219 | Trustee Claim Number:42  INT %: 0.00% <br> Court Claim Number:24 <br> CLAIM: 1,479.97 <br> COMMENT: $CL-PL*DKT | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 5995 |
| **JPMORGAN CHASE BANK NA** <br> 3415 VISION DR <br> MAIL CODE OH4-7142 <br> COLUMBUS, OH 43219 | Trustee Claim Number:43  INT %: 0.00% <br> Court Claim Number:024 <br> CLAIM: 0.00 <br> COMMENT: LTCD@CID-4 | CRED DESC: Post Petition Escrow <br> ACCOUNT NO.: 5995 |
| **SHAPIRO & DENARDO LLC*** <br> 3600 HORIZON DR STE 150 <br> KING OF PRUSSIA, PA 19406 | Trustee Claim Number:44  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **SHAPIRO & DENARDO LLC*** <br> 3600 HORIZON DR STE 150 <br> KING OF PRUSSIA, PA 19406 | Trustee Claim Number:45  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: JPM/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |

CLAIM RECORDS
Case 15-24055-GLT    Doc 66    Filed 12/10/19    Entered 12/10/19 15:27:19    Desc
Page 7 of 7