Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert G. Grannis** | : | Case No. 15−24055−GLT |
| **Susan A. Grannis** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 68 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/6/20 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

　　　　*AND NOW,* this *The 26th of February, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 68 by the Chapter 13 Trustee,

　　　　It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

　　　　(1)　*On or before April 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

　　　　(2)　This Motion is scheduled for hearing on *May 6, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

　　　　(3)　If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

　　　　(4)　Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-24055-GLT
Robert G. Grannis                                                         Chapter 13
Susan A. Grannis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 3              Date Rcvd: Feb 26, 2020
                             Form ID: 604            Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db/jdb         +Robert G. Grannis,    Susan A. Grannis,    250 Fourth Street,    Pittsburgh, PA 15225-1317
cr             +Duckstein Contracting, Inc.,    627 Chartiers Avenue,    McKees Rocks, PA 15136-3827
14132615       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
14172985       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14132617       +Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
14186304        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
14132614       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: AT&T Universal Card,    Processing Center,    Des Moines, IA 50363)
14132619       +Chase Mortgage,    700 Kansas Lane,    Monroe, LA 71203-4774
14132620       +Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
14132623       +Duckstein Contracting,    627 Chartiers Avenue,    Mc Kees Rocks, PA 15136-3827
14167836        ECAST SETTLEMENT CORPORATION,    POB 29262,    NEW YORK, NY 10087-9262
14132625       +Family Handyman,    c/o North Shore Agency,    PO Box 9205,    Old Bethpage, NY 11804-9005
14132626       +Fingerhut,    c/o De Ville Asset Management,    PO Box 1987,    Colleyville, TX 76034-1987
14132627       +First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
14132628       +Frederic I. Weinberg, Esquire,    Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,
                 Conshohocken, PA 19428-2395
14206694       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14132637       +North Hills Endocrine Associates,    c/o IC Systems Collections,    PO Box 64378,
                 Saint Paul, MN 55164-0378
14133667       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
14132640       +Sto-Rox Neighborhood HLT,    710 Thompson Avenue,    Mc Kees Rocks, PA 15136-3808
14132641       +The Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
14132643       +UPMC Passavant,    417 Bridge Street,    Danville, VA 24541-1403
14132642       +UPMC Passavant,    c/o State Collection Service,    PO Box 6250,    Madison, WI 53716-0250
14189206       +UPMC Passavant,    6681 Country Club Drive,    Golden Valley, MN 55427-4601
14132644       +UPMC Physcian Services,    417 Bridge Street,    Danville, VA 24541-1403
14132645       +UPMC Physicians Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14132646       +UPMC Radiology,    PO Box 382059,    Pittsburgh, PA 15250-0001
14132647       +Valley Ambulance Authority,    c/o Amerassist AR Solutions,    8415 Pulsar Place, Suite 250,
                 Columbus, OH 43240-4033
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2020 03:25:42
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42     Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
14132613        E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:25:31     Amazon/Synchrony Bank,
                 PO Box 960013,    Orlando, FL 32896-0013
14164544        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 03:38:12
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14132616       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:27:05     BP/SYNCB,    PO Box 530942,
                 Atlanta, GA 30353-0942
14189796       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2020 03:19:55     COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14132618       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:27:12     Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
14154337        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:25:35
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14170749       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:58     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14132621       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2020 03:26:27     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14132622       +E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:19:30     Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
14136796        E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:19:30     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14132624       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:33     Duquesne Light,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14202394       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:33     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14132629       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:58     HSBC Bank Nevada,
                 c/o Cavalry SPV I LLC,    500 Summit Lake Drive,    Valhalla, NY 10595-2321
14203284       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 27 2020 03:19:43     Internal Revenue Service,
                 1000 Liberty Ave Room 711B,    Pittsburgh, PA 15222-4107
```

```
District/off: 0315-2           User: jhel              Page 2 of 3              Date Rcvd: Feb 26, 2020
                               Form ID: 604            Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14132632       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:26:14      JCP/Sychrony Bank,
                 PO Box 960090,    Orlando, FL 32896-0090
14132631       +E-mail/Text: BKRMailOPS@weltman.com Feb 27 2020 03:19:48      Jared Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4601
14132633       +E-mail/Text: bncnotices@becket-lee.com Feb 27 2020 03:19:37      Kohl's,   PO Box 2983,
                 Milwaukee, WI 53201-2983
14132634       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:25:31      Lowes/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
14198753        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 27 2020 03:27:02      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14143010       +E-mail/Text: bankruptcy@sccompanies.com Feb 27 2020 03:19:15      Masseys,    PO Box 2822,
                 Monroe, WI 53566-8022
14132635        E-mail/Text: rcpsbankruptcynotices@parallon.com Feb 27 2020 03:21:40      Medicredit,
                 PO Box 1629,    Maryland Heights, MO 63043-0629
14132636       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 27 2020 03:25:31      Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
14165573       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2020 03:20:25      Midland Credit Management Inc,
                 as agent for Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
14195161        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 03:26:29
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14132638       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:26:17      PayPal,   PO Box 105658,
                 Atlanta, GA 30348-5658
14133631        E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2020 03:25:44
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14952590       +E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42     SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14132648       +E-mail/Text: compliance@chaserec.com Feb 27 2020 03:21:38      Verizon,   c/o Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
14132649       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 27 2020 03:19:20
                 Verizon Fios,    500 Technology Drive,    Saint Charles, MO 63304-2225
14132650       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 27 2020 03:19:20
                 Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
14132651       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:27:06      Wal-Mart/Sychrony Bank,
                 PO Box 530927,    Atlanta, GA 30353-0927
                                                                                               TOTAL: 33

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               JPMorgan Chase Bank, National Association
cr               Wilmington Savings Fund Society, FSB, et.al.
14132630         Internal revenue Serivece
14132639*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:   Sears,   PO Box 183081,    Columbus, OH 43218)
                                                                                   TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
             andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
             bkgroup@kmllawgroup.com
```

```
District/off: 0315-2                  User: jhel                    Page 3 of 3                  Date Rcvd: Feb 26, 2020
                                      Form ID: 604                  Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kenneth M. Steinberg    on behalf of Joint Debtor Susan A. Grannis julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

          Kenneth M. Steinberg    on behalf of Debtor Robert G. Grannis julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

          Kevin Scott Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association pabk@logs.com

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

          Robert J. Garvin    on behalf of Creditor   Duckstein Contracting, Inc. RobertG@gkgattorneys.com, ddavidson@gkgattorneys.com

          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

          Thomas Song    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et.al. pawb@fedphe.com

                                                                                                            TOTAL: 10