**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT G. GRANNIS
SUSAN A. GRANNIS
       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
   vs.
No Respondents.

Case No.:15-24055

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

 1.  The case was filed on 11/05/2015 and confirmed on 5/12/16. The case was subsequently         Completed After Confirmation

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,886.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,886.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 2,271.94 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,671.94 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 27,790.95 | 0.00 | 27,790.95 |
|     Acct: 5995 | | | | |
|   JPMORGAN CHASE BANK NA | 1,479.97 | 1,479.97 | 0.00 | 1,479.97 |
|     Acct: 5995 | | | | |
| | | | | 29,270.92 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT G. GRANNIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 11,785.47 | 11,785.47 | 0.00 | 11,785.47 |
|     Acct: 8403 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5995 | | | | |
| | | | | 11,785.47 |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 1,684.49 | 150.04 | 0.00 | 150.04 |
|     Acct: 1827 | | | | |
|   DUQUESNE LIGHT COMPANY* | 3,517.78 | 313.34 | 0.00 | 313.34 |
|     Acct: 8823 | | | | |
|   DUCKSTEIN CONTRACTING | 2,489.30 | 221.73 | 0.00 | 221.73 |
|     Acct: | | | | |
|   ECAST SETTLEMENT CORP | 15,737.94 | 1,401.84 | 0.00 | 1,401.84 |
|     Acct: 1077 | | | | |
|   BANK OF AMERICA NA** | 10,404.87 | 926.81 | 0.00 | 926.81 |
|     Acct: 0397 | | | | |
|   MIDLAND FUNDING LLC | 386.10 | 34.39 | 0.00 | 34.39 |
|     Acct: 3988 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0658 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 724.76 | 64.56 | 0.00 | 64.56 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2372 | | | | |
| ECAST SETTLEMENT CORP | 4,294.07 | 382.49 | 0.00 | 382.49 |
| Acct: 9946 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9075 | | | | |
| DISCOVER BANK(*) | 8,954.68 | 797.63 | 0.00 | 797.63 |
| Acct: 9966 | | | | |
| NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9006 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4071 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 12,882.65 | 1,147.51 | 0.00 | 1,147.51 |
| Acct: 0446 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,946.56 | 173.39 | 0.00 | 173.39 |
| Acct: 0620 | | | | |
| JARED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7139 | | | | |
| MIDLAND FUNDING LLC | 671.08 | 59.78 | 0.00 | 59.78 |
| Acct: 8739 | | | | |
| CAPITAL ONE NA** | 3,160.76 | 281.54 | 0.00 | 281.54 |
| Acct: 0078 | | | | |
| MIDLAND FUNDING LLC | 1,306.88 | 116.41 | 0.00 | 116.41 |
| Acct: 7140 | | | | |
| MASSEYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4936 | | | | |
| MEDICREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9350 | | | | |
| MERRICK BANK | 382.90 | 34.11 | 0.00 | 34.11 |
| Acct: 4599 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY E | 3,506.20 | 312.31 | 0.00 | 312.31 |
| Acct: 8691 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 2,869.48 | 255.59 | 0.00 | 255.59 |
| Acct: 5038 | | | | |
| STO ROX NEIGHBORHOOD HLT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0892 | | | | |
| GE CAPITAL/HOME DEPOT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8030 | | | | |
| UPMC PASSAVANT | 471.74 | 42.02 | 0.00 | 42.02 |
| Acct: 8403 | | | | |
| UPMC PASSAVANT HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8535 | | | | |
| UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5233 | | | | |
| VALLEY AMBULANCE AUTHORITY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE RECEIVABLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 1,274.84 | 113.55 | 0.00 | 113.55 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 311.98 | 27.79 | 0.00 | 27.79 |
| Acct: 0001 | | | | |
| MIDLAND FUNDING LLC | 892.56 | 79.50 | 0.00 | 79.50 |
| Acct: 3577 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 135.87 | 12.10 | 0.00 | 12.10 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0002 | | | | |
| INTERNAL REVENUE SERVICE* | 2,348.96 | 209.24 | 0.00 | 209.24 |
| Acct: 8403 | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES L | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,157.67 |

| TOTAL PAID TO CREDITORS | | | | 48,214.06 |
|---|---:|---:|---:|---:|

TOTAL
CLAIMED            11,785.47
PRIORITY            1,479.97
SECURED            80,356.45

Date: 02/25/2020                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROBERT G. GRANNIS
    SUSAN A. GRANNIS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-24055

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                             Case No. 15-24055-GLT
Robert G. Grannis                                                  Chapter 13
Susan A. Grannis
          Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                Page 1 of 3               Date Rcvd: Feb 26, 2020
                              Form ID: pdf900           Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db/jdb         +Robert G. Grannis,    Susan A. Grannis,    250 Fourth Street,    Pittsburgh, PA 15225-1317
cr             +Duckstein Contracting, Inc.,    627 Chartiers Avenue,    McKees Rocks, PA 15136-3827
14132615      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    PO Box 15019,    Wilmington, DE 19886)
14172985       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14132617       +Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
14186304        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
14132614      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   AT&T Universal Card,    Processing Center,   Des Moines, IA 50363)
14132619       +Chase Mortgage,    700 Kansas Lane,    Monroe, LA 71203-4774
14132620       +Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
14132623       +Duckstein Contracting,    627 Chartiers Avenue,    Mc Kees Rocks, PA 15136-3827
14167836        ECAST SETTLEMENT CORPORATION,    POB 29262,    NEW YORK, NY 10087-9262
14132625       +Family Handyman,    c/o North Shore Agency,    PO Box 9205,    Old Bethpage, NY 11804-9005
14132626       +Fingerhut,    c/o De Ville Asset Management,    PO Box 1987,    Colleyville, TX 76034-1987
14132627       +First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
14132628       +Frederic I. Weinberg, Esquire,    Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,
                 Conshohocken, PA 19428-2395
14206694       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14132637       +North Hills Endocrine Associates,    c/o IC Systems Collections,    PO Box 64378,
                 Saint Paul, MN 55164-0378
14133667      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                (address filed with court:   First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
14132640       +Sto-Rox Neighborhood HLT,    710 Thompson Avenue,    Mc Kees Rocks, PA 15136-3808
14132641       +The Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
14132643       +UPMC Passavant,    417 Bridge Street,    Danville, VA 24541-1403
14132642       +UPMC Passavant,    c/o State Collection Service,    PO Box 6250,    Madison, WI 53716-0250
14189206       +UPMC Passavant,    6681 Country Club Drive,    Golden Valley, MN 55427-4601
14132644       +UPMC Physcian Services,    417 Bridge Street,    Danville, VA 24541-1403
14132645       +UPMC Physicians Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14132646       +UPMC Radiology,    PO Box 382059,    Pittsburgh, PA 15250-0001
14132647       +Valley Ambulance Authority,    c/o Amerassist AR Solutions,    8415 Pulsar Place, Suite 250,
                 Columbus, OH 43240-4033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2020 03:25:43
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL   33131-1605
cr             +E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42       Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
14132613        E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:27:04      Amazon/Synchrony Bank,
                 PO Box 960013,   Orlando, FL 32896-0013
14164544        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 03:37:56
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
14132616       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:27:04      BP/SYNCB,    PO Box 530942,
                 Atlanta, GA 30353-0942
14189796       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2020 03:19:52       COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14132618       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:27:11       Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
14154337        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:25:35
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
14170749       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:56       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14132621       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2020 03:25:39       Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
14132622       +E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:19:30       Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
14136796        E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:19:30       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14132624       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:30       Duquesne Light,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14202394       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:31       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14132629       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:56       HSBC Bank Nevada,
                 c/o Cavalry SPV I LLC,    500 Summit Lake Drive,    Valhalla, NY 10595-2321
14203284       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 27 2020 03:19:41       Internal Revenue Service,
                 1000 Liberty Ave Room 711B,    Pittsburgh, PA 15222-4107
```

```
District/off: 0315-2          User: jhel                Page 2 of 3                  Date Rcvd: Feb 26, 2020
                              Form ID: pdf900           Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14132632       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:27:02      JCP/Sychrony Bank,
                 PO Box 960090,    Orlando, FL 32896-0090
14132631       +E-mail/Text: BKRMailOPS@weltman.com Feb 27 2020 03:19:47      Jared Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4601
14132633       +E-mail/Text: bncnotices@becket-lee.com Feb 27 2020 03:19:36     Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
14132634       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:26:16      Lowes/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
14198753        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 27 2020 03:26:11      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14143010       +E-mail/Text: bankruptcy@sccompanies.com Feb 27 2020 03:19:15     Masseys,    PO Box 2822,
                 Monroe, WI 53566-8022
14132635        E-mail/Text: rcpsbankruptcynotices@parallon.com Feb 27 2020 03:21:40     Medicredit,
                 PO Box 1629,    Maryland Heights, MO 63043-0629
14132636       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 27 2020 03:27:03     Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
14165573       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2020 03:20:25     Midland Credit Management Inc,
                 as agent for Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
14195161        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 03:25:44
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14132638       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:27:04      PayPal,    PO Box 105658,
                 Atlanta, GA 30348-5658
14133631        E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2020 03:25:42
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14952590       +E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42     SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14132648       +E-mail/Text: compliance@chaserec.com Feb 27 2020 03:21:38      Verizon,    c/o Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
14132649       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 27 2020 03:19:18
                 Verizon Fios,    500 Technology Drive,    Saint Charles, MO 63304-2225
14132650       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 27 2020 03:19:18
                 Verizon Wireless,    PO Box 26055,   Minneapolis, MN 55426-0055
14132651       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:26:14      Wal-Mart/Sychrony Bank,
                 PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMorgan Chase Bank, National Association
cr              Wilmington Savings Fund Society, FSB, et.al.
14132630        Internal revenue Serivece
14132639*      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:   Sears,    PO Box 183081,    Columbus, OH 43218)
                                                                                              TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: jhel                  Page 3 of 3                   Date Rcvd: Feb 26, 2020
                               Form ID: pdf900             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kenneth M. Steinberg    on behalf of Joint Debtor Susan A. Grannis julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

        Kenneth M. Steinberg    on behalf of Debtor Robert G. Grannis julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

        Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

        Robert J. Garvin    on behalf of Creditor    Duckstein Contracting, Inc. RobertG@gkgattorneys.com, ddavidson@gkgattorneys.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al. pawb@fedphe.com

        TOTAL: 10

Case 15-24055-GLT    Doc 71    Filed 02/28/20    Entered 02/29/20 00:44:28    Desc Imaged
Certificate of Notice    Page 8 of 8