**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-24055-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert G. Grannis<br>250 Fourth Street<br>Pittsburgh PA 15225 | Susan A. Grannis<br>250 Fourth Street<br>Pittsburgh PA 15225 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/04/2020.

Name and Address of Alleged Transferor(s):

Claim No. 24: JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

WILMINGTON SAVINGS, CARRINGTON MTG SERV
1600 S. DOUGLASS RD.
ANAHEIM, CA  92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/06/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert G. Grannis  
Susan A. Grannis  
    Debtors

Case No. 15-24055-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Mar 04, 2020  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.  
14206694     +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com  
       James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com  
       Kenneth M. Steinberg    on behalf of Joint Debtor Susan A. Grannis julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
       Kenneth M. Steinberg    on behalf of Debtor Robert G. Grannis julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
       Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Robert J. Garvin    on behalf of Creditor    Duckstein Contracting, Inc. RobertG@gkgattorneys.com, ddavidson@gkgattorneys.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al. pawb@fedphe.com

                                                                                                                                          TOTAL: 10