**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/15/20 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT G. GRANNIS
SUSAN A. GRANNIS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-24055

Chapter 13

Related to Dkt. No. 68

## ORDER OF COURT

AND NOW, this 15th day of April 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-24055-GLT
Robert G. Grannis                                                         Chapter 13
Susan A. Grannis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 3           Date Rcvd: Apr 15, 2020
                              Form ID: pdf900         Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
```
db/jdb         +Robert G. Grannis,   Susan A. Grannis,    250 Fourth Street,    Pittsburgh, PA 15225-1317
cr             +Duckstein Contracting, Inc.,   627 Chartiers Avenue,    McKees Rocks, PA 15136-3827
14132615      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886)
14172985       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14132617       +Butler Memorial Hospital,   One Hospital Way,    Butler, PA 16001-4697
14186304        CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,    PO BOX 3001,   MALVERN, PA 19355-0701
14132614      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: AT&T Universal Card,    Processing Center,   Des Moines, IA 50363)
14132619       +Chase Mortgage,   700 Kansas Lane,   Monroe, LA 71203-4774
14132620       +Citi Cards,   PO Box 9001037,   Louisville, KY 40290-1037
14132623       +Duckstein Contracting,   627 Chartiers Avenue,    Mc Kees Rocks, PA 15136-3827
14167836        ECAST SETTLEMENT CORPORATION,   POB 29262,    NEW YORK, NY 10087-9262
14132625       +Family Handyman,   c/o North Shore Agency,    PO Box 9205,   Old Bethpage, NY 11804-9005
14132626       +Fingerhut,   c/o De Ville Asset Management,    PO Box 1987,   Colleyville, TX 76034-1987
14132627       +First National Bank of Omaha,   PO Box 2557,    Omaha, NE 68103-2557
14132628       +Frederic I. Weinberg, Esquire,   Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,
                 Conshohocken, PA 19428-2395
14206694       +JPMorgan Chase Bank, N.A.,   Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14132637       +North Hills Endocrine Associates,   c/o IC Systems Collections,    PO Box 64378,
                 Saint Paul, MN 55164-0378
14133667      ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
14132640       +Sto-Rox Neighborhood HLT,   710 Thompson Avenue,    Mc Kees Rocks, PA 15136-3808
14132641       +The Home Depot,   PO Box 9001010,   Louisville, KY 40290-1010
14132643       +UPMC Passavant,   417 Bridge Street,   Danville, VA 24541-1403
14132642       +UPMC Passavant,   c/o State Collection Service,    PO Box 6250,   Madison, WI 53716-0250
14189206       +UPMC Passavant,   6681 Country Club Drive,    Golden Valley, MN 55427-4601
14132644       +UPMC Physcian Services,   417 Bridge Street,    Danville, VA 24541-1403
14132645       +UPMC Physicians Services,   PO Box 371980,    Pittsburgh, PA 15250-7980
14132646       +UPMC Radiology,   PO Box 382059,   Pittsburgh, PA 15250-0001
14132647       +Valley Ambulance Authority,   c/o Amerassist AR Solutions,    8415 Pulsar Place, Suite 250,
                 Columbus, OH 43240-4033
15211363       +WILMINGTON SAVINGS, CARRINGTON MTG SERV,   1600 S. DOUGLASS RD.,    ANAHEIM, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2020 04:04:13
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bncmail@w-legal.com Apr 16 2020 04:02:09     Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Suite #400,   Seattle, WA 98121-3132
14132613        E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 04:03:36     Amazon/Synchrony Bank,
                 PO Box 960013,   Orlando, FL 32896-0013
14164544        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2020 04:16:34
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
14132616       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 04:03:36     BP/SYNCB,   PO Box 530942,
                 Atlanta, GA 30353-0942
14189796       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 16 2020 04:01:19     COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14132618       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2020 04:03:09    Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
14154337        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2020 04:03:09
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14170749       +E-mail/Text: bankruptcy@cavps.com Apr 16 2020 04:02:15     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14132621       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 16 2020 04:03:16    Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
14132622       +E-mail/Text: mrdiscen@discover.com Apr 16 2020 04:00:59     Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
14136796        E-mail/Text: mrdiscen@discover.com Apr 16 2020 04:00:59     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14132624       +E-mail/Text: kburkley@bernsteinlaw.com Apr 16 2020 04:02:39     Duquesne Light,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14202394       +E-mail/Text: kburkley@bernsteinlaw.com Apr 16 2020 04:02:39     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14132629       +E-mail/Text: bankruptcy@cavps.com Apr 16 2020 04:02:15     HSBC Bank Nevada,
                 c/o Cavalry SPV I LLC,   500 Summit Lake Drive,   Valhalla, NY 10595-2321
14203284       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 16 2020 04:01:15     Internal Revenue Service,
                 1000 Liberty Ave Room 711B,   Pittsburgh, PA 15222-4107
```

```
District/off: 0315-2           User: nsha                  Page 2 of 3                   Date Rcvd: Apr 15, 2020
                               Form ID: pdf900             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14132632       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 04:03:06      JCP/Sychrony Bank,
                 PO Box 960090,   Orlando, FL 32896-0090
14132631       +E-mail/Text: BKRMailOPS@weltman.com Apr 16 2020 04:01:18      Jared Jewelers,   375 Ghent Road,
                 Akron, OH 44333-4601
14132633       +E-mail/Text: bncnotices@becket-lee.com Apr 16 2020 04:01:10      Kohl's,   PO Box 2983,
                 Milwaukee, WI 53201-2983
14132634       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 04:03:36      Lowes/Synchrony Bank,
                 PO Box 530914,   Atlanta, GA 30353-0914
14198753        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 16 2020 04:03:11      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14143010       +E-mail/Text: bankruptcy@sccompanies.com Apr 16 2020 04:00:49      Masseys,   PO Box 2822,
                 Monroe, WI 53566-8022
14132635        E-mail/Text: rcpsbankruptcynotices@parallon.com Apr 16 2020 04:02:51      Medicredit,
                 PO Box 1629,   Maryland Heights, MO 63043-0629
14132636       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 16 2020 04:03:42      Merrick Bank,
                 PO Box 660702,   Dallas, TX 75266-0702
14165573       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 16 2020 04:01:53      Midland Credit Management Inc,
                 as agent for Midland Funding LLC,   PO Box 2011,   Warren MI 48090-2011
14195161        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2020 04:03:14
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14132638       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 04:04:06      PayPal,   PO Box 105658,
                 Atlanta, GA 30348-5658
14133631        E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2020 04:03:44
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14952590       +E-mail/Text: bncmail@w-legal.com Apr 16 2020 04:02:09      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
14132648       +E-mail/Text: compliance@chaserec.com Apr 16 2020 04:02:49      Verizon,   c/o Chase Receivables,
                 1247 Broadway,   Sonoma, CA 95476-7503
14132649       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 16 2020 04:00:50
                 Verizon Fios,   500 Technology Drive,   Saint Charles, MO 63304-2225
14132650       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 16 2020 04:00:50
                 Verizon Wireless,   PO Box 26055,   Minneapolis, MN 55426-0055
14132651       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 04:04:06      Wal-Mart/Sychrony Bank,
                 PO Box 530927,   Atlanta, GA 30353-0927
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMorgan Chase Bank, National Association
cr              Wilmington Savings Fund Society, FSB, et.al.
14132630        Internal revenue Serivece
14132639*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Sears,   PO Box 183081,   Columbus, OH 43218)
                                                                                         TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
```

```
District/off: 0315-2                  User: nsha                    Page 3 of 3                    Date Rcvd: Apr 15, 2020
                                      Form ID: pdf900               Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jerome B. Blank   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et.al. pawb@fedphe.com

        Kenneth M. Steinberg   on behalf of Joint Debtor Susan A. Grannis julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

        Kenneth M. Steinberg   on behalf of Debtor Robert G. Grannis julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

        Kevin Scott Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association pabk@logs.com

        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

        Robert J. Garvin   on behalf of Creditor   Duckstein Contracting, Inc. RobertG@gkgattorneys.com, ddavidson@gkgattorneys.com

        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

        Thomas Song   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et.al. pawb@fedphe.com

        TOTAL: 11