**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert G. Grannis**
**Susan A. Grannis**
   Debtor(s)

Bankruptcy Case No.: 15−24055−GLT

Chapter: 13

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: July 24, 2020

<u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert G. Grannis
Susan A. Grannis
    Debtors

Case No. 15-24055-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: nsha    Page 1 of 1    Date Rcvd: Jul 24, 2020
                      Form ID: 129    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
db/jdb       +Robert G. Grannis,   Susan A. Grannis,   250 Fourth Street,   Pittsburgh, PA 15225-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   JPMorgan Chase Bank, National Association
         andygornall@latouflawfirm.com
        James Warmbrodt   on behalf of Creditor   JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com
        Jerome B. Blank   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et.al.
         pawb@fedphe.com
        Kenneth M. Steinberg   on behalf of Debtor Robert G. Grannis julie.steidl@steidl-steinberg.com,
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Kenneth M. Steinberg   on behalf of Joint Debtor Susan A. Grannis
         julie.steidl@steidl-steinberg.com,
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Kevin Scott Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association
         pabk@logs.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Robert J. Garvin   on behalf of Creditor   Duckstein Contracting, Inc. RobertG@gkgattorneys.com,
         ddavidson@gkgattorneys.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Thomas Song   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et.al.
         pawb@fedphe.com
    TOTAL: 11